NOVEMBER TERM, 1862.          197

Tompkins and Others *v.* The Floyd Co. Agricultural, etc. Ass. and Another.

### SMITH *v.* THE STATE.

APPEAL from the *Vanderburgh* Common Pleas.

*Per Curiam.*—The informations on which the foregoing causes are based, are all alike defective, because they fail to aver the facts which are necessary to give the Courts of Common Pleas jurisdiction to try them. The judgments and convictions therein must, therefore, be reversed, and the prisoners, respectively, returned to the counties whence they came, for further proceedings.